MEMO ENDORSED

# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———
TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2025

June 12, 2025

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**As there is no procedure in place for "related" or "closely connected" criminal cases, Defendant's request to have this case reassigned to Judge Roman is DENIED. Clerk of Court is requested to terminate the motion at ECF No. 84.**
**Dated: White Plains, NY**
      **July 30, 2025**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: *United States v Ollens Jules*, 24 MJ. 1842

Your Honors:

      I represent the defendant Ollens Jules in the referenced case and am submitting this letter to request that the matter be re-assigned to the Hon. Nelson S. Roman on the ground that it is closely connected to another case recently handled by him. Attached to this letter is the underlying complaint. The government has informed me that this case was "wheeled out" to Judge Karas last week, though apparently a district court case number has yet to be assigned.

      As indicated in the complaint, Mr. Jules was charged in a complaint in May, 2024, along with two other individuals: Henley Voltaire and Lenard Gillis. The three defendants were all charged in the complaint with conspiring to transport stolen goods interstate and a substantive act of transporting stolen goods interstate. In addition, Mr. Voltaire and Mr. Gillis were charged with conspiring to commit Hobbs Act robbery. And Mr. Voltaire and Mr. Jules were charged with one count of wire fraud (based upon the same scheme to obtain stolen goods).

      Since the complaint was filed, the rollover date for Mr. Jules was adjourned numerous times to allow for continued plea discussions. Recently, the parties have reached an agreement, and our intention is for Mr. Jules to plead guilty in the near future.

      Notably, in January, 2025, one of Mr. Jules' co-defendants, Henley Voltaire, pleaded guilty before a magistrate judge and had his case assigned to Judge Roman. Thereafter, on April 23, 2025, Judge Roman sentenced Mr. Voltaire principally to a term of time served.

      Because the complaint makes clear that the charges against Mr. Jules are very closely related to those against Mr. Voltaire, we submit that it makes sense for the same judge to consider both cases, particularly since Mr. Voltaire has already been sentenced and the parties anticipate that Mr. Jules will be entering a guilty plea in the near future. For these reasons, we ask that Mr. Jules' case be transferred to Judge Roman.

      The goverment informs me that they take no position with respect to this application.

      Respectfully submitted,

      _____/s/_____
      James E. Neuman