# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

August 4, 2025

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Ollens Jules*, 24 MJ 1842

Your Honor:

I represent Ollens Jules in the referenced case and write to ask that he be permitted to travel this weekend. Th government and pre-trial services office have both informed me that they have no objection.

By way of background, in May of 2024, Mr. Jules was arrested and subsequently released on a personal recognizance bond. One of the conditions of his release was that his travel be restricted to the Southern and Eastern Districts of New York (for all purposes), and the Districts of New Jersey and Connecticut (for work purposes). Since then, he has been employed and complied with all conditions of release. He would now like to travel to Virginia to attend a graduation celebration with his family. The travel entails leaving his home on August 8th and returning on August 10th.

Accordingly, we ask that Mr. Jules be permitted to travel to Virginia between August 8-August 10, 2025.

Granted.

Respectfully submitted,

So Ordered.

8/4/25

_____/s/_____
James E. Neuman